**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Albert Twain Harris, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2011-188053

———————

Appeal From Spartanburg County
Roger M. Young, Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-355
Submitted July 1, 2013 – Filed September 11, 2013

———————

**APPEAL DISMISSED**

———————

Appellate Defender Robert M. Pachak, of Columbia; and
Albert Twain Harris, pro se, for Petitioner.

Assistant Attorney General Matthew J. Friedman, of
Columbia, for Respondent.

———————

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his
application for post-conviction relief (PCR). Because there is sufficient evidence
to support the PCR court's finding that Petitioner did not knowingly and
intelligently waive his right to a direct appeal, we grant certiorari and proceed with

a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioner appeals his convictions of first-degree burglary, armed robbery, and involuntary manslaughter.  After a thorough review of the record and all briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *State v. Williams*, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Petitioner's appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**[1]

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.